THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 South Carolina
 Department of Social Services, Respondent,
 v.
 Heidi F.,
 George J., and John Doe Defendants,
 Of whom George
 J. is the Appellant.
 In
 the interests of three minor children under the age of 18.
 
 
 

Appeal From Lexington County
Richard W. Chewning, III, Family Court
 Judge
Unpublished Opinion No. 2009-UP-144
Submitted March 2, 2009  Filed March 17,
 2009   
AFFIRMED

 
 
 
 Franklin G. Shuler, of Columbia, for Appellant.
 Montford S. Caughman, of Lexington, for Respondent.
 Henrietta Gill, of Leesville, for Guardian Ad Litem.
 
 
 

PER
 CURIAM: George J. appeals
 the family court's order requiring him to comply with the terms of Placement
 Plan developed by the South Carolina Department of Social Services (DSS).  We affirm pursuant to Rule 220(b), SCACR, and the
 following authorities: South Carolina Code Ann. § 63-7-1680(H) (Supp. 2008)
 ("[A]ny objection to the sufficiency of a plan or the process by which a
 plan was developed must be made at the hearing on the plan.  Failure to request
 a hearing or to enter an objection at the hearing constitutes a waiver of the
 objection."); S.C. Coastal Conservation League v. SCDEC, 380 S.C.
 349, 380, 669 S.E.2d 899, 915 (Ct. App. 2008) (internal citations omitted)
 (stating a party cannot use a motion to alter or amend an order "to present
 an issue to the court that could have been raised prior to judgment but was not
 so raised").  
AFFIRMED.[1]
HEARN, C.J., CURETON, A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.